# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNA. ATTORNEY GENERAL JOSH SHAPIRO, PENNA. D.O.C. JOHN WETZEL, | : | No. 31 MAP 2020 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court dated March 2, |
| | : | 2020, and entered March 3, 2020 at |
| Appellees | : | No. 235 MD 2019. |
| | : | |
| v. | : | |
| | : | |
| DALE R. ARNOLD, | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 24th day of July, 2020, the appeal is quashed. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court.").